# Exhibit 'A'

## DECLARATION OF SHERI SCHWARTZ

I, Sheri Schwartz, declare as follows:

1. I am attorney at law licensed to practice in all courts in Nevada, and counsel of record for Defendants. I have personal knowledge of the foregoing and could and would competently testify thereto if called upon to do so.

2. Attached hereto as Exhibit A are letters produced in this action, Bates Nos. BMW0023, representing correspondence from BMW NA to Plaintiff Trout.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 23rd day of June, 2006.

_____
Sheri Schwartz

**BMW**

January 30, 2004

Law Office of Grenville Pridham
1611 E. Charleston Blvd.
Suite 3
Las Vegas, NV 89104

Re: Christopher Trout
    2003 BMW M3
    VIN #: JR22045

Dear Mr. Pridham:

I received your letter regarding your client's 2003 BMW M3 and am truly sorry to hear of his dissatisfaction. On behalf of BMW, please convey my apology.

A team of corporate, market and center personnel is currently investigating the car's service history. We intend to make every effort to satisfy a valued owner. We will soon be in contact with you to address this concern.

We recognize and appreciate your patience in the interim.

Thank you.

Sincerely,

**Company**
BMW of North America, LLC

BMW Group Company

**Mailing address**
PO Box 1227
Westwood, NJ
07675-1227

**Office address**
300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7731

**Telephone**
(201) 573-2189

**Fax**
(201) 505-9085

**E-mail**
Gene.Stewart@bmwna.com

**Website**
bmwusa.com

Eugene Stewart
National Customer Relations
Representative
(201) 573-2189

ES/e


Printed on Recycled Paper    Trout,_Christopher[2]

BMW0023

**BMW**

February 25, 2004

**VIA FAX: (702) 614-3383**
Law Office of Grenville Pridham
1611 E. Charleston Blvd.
Suite 3
Las Vegas, NV 89104

Re: Christopher Trout
    2003 BMW M3
    VIN #: JR22045

Dear Mr. Pridham:

BMW of North America, LLC has agreed to repurchase Mr. Trout's 2003 BMW M3. I am currently in the process of calculating the specific settlement figures and hope to have a settlement agreement within the next 5 business days.

We recognize and appreciate your patience in the interim.

Thank you.

Sincerely,

Eugene Stewart
National Customer Relations
Representative
(201) 573-2189

ES/e

**Company**
BMW of North America, LLC

BMW Group Company

**Mailing address**
PO Box 1227
Westwood, NJ
07675-1227

**Office address**
300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7731

**Telephone**
(201) 573-2189

**Fax**
(201) 505-9085

**E-mail**
Gene.Stewart@bmwna.com

**Website**
bmwusa.com

Printed on Recycled Paper

Trout,_Christopher2[2]

BMW0024

# BMW

March 3, 2004

Law Office of Grenville Pridham
1611 E. Charleston Blvd.
Suite 3
Las Vegas, NV 89104

Re: Christopher Trout
 2003 BMW M3
 VIN #: JR22045

Dear Mr. Pridham:

I have enclosed the settlement agreement for the repurchase of Christopher Trout's 2003 BMW M3 with the following reimbursement calculations:

- $15,505.68 = Reimbursement to your client
- $53,869.81 = payoff to BMW Financial Services

Upon receiving the signed settlement agreement with your client's signature I will forward to BMW Regional Management and Desert BMW in Henderson who will administer repayment check for your client.

I will instruct them to make the check out in both your name and your client's.

Thank you.

Sincerely,

Eugene Stewart
National Customer Relations Representative
(201) 573-2189

ES/e

**Company**
BMW of North America, LLC

BMW Group Company

**Mailing address**
PO Box 1227
Westwood, NJ
07675-1227

**Office address**
300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7731

**Telephone**
(201) 573-2189

**Fax**
(201) 505-9085

**E-mail**
Gene.Stewart@bmwna.com

**Website**
bmwusa.com


Trout,_Christopher3[2]

BMW0025

**BMW**

March 4, 2004

Law Office of Grenville Pridham
1611 E. Charleston Blvd.
Suite 3
Las Vegas, NV 89104

Re: Christopher Trout
    2003 BMW M3
    VIN #: JR22045

Dear Mr. Pridham:

I have enclosed the revised settlement agreement for the repurchase of Christopher Trout's 2003 BMW M3 with the following reimbursement calculations:

- $15,505.68 = Reimbursement to your client
- $53,869.81 = payoff to BMW Financial Services

Upon receiving the signed settlement agreement with your client's signature I will forward to BMW Regional Management and Desert BMW in Henderson who will administer repayment check for your client.

I will instruct them to make the check out in both your name and your client's.

Thank you.

Sincerely,

Eugene Stewart
National Customer Relations
Representative
(201) 573-2189

ES/e

**Company**
BMW of North America, LLC

BMW Group Company

**Mailing address**
PO Box 1227
Westwood, NJ
07675-1227

**Office address**
300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7731

**Telephone**
(201) 573-2189

**Fax**
(201) 505-9085

**E-mail**
Gene.Stewart@bmwna.com

**Website**
bmwusa.com


Trout,_Christopher4[2]

BMW0026

# BMW

April 6, 2004

Law Office of Grenville Pridham
1611 E. Charleston Blvd.
Suite 3
Las Vegas, NV 89104

Re: Christopher Trout
    2003 BMW M3
    VIN #: JR22045

Dear Mr. Pridham:

The following offer will remain in effect until Friday April 9, 2004.

I have enclosed the revised settlement agreement for the repurchase of Christopher Trout's 2003 BMW M3 with the following reimbursement calculations:

- **$13,605.74 = Reimbursement to your client**
  1. Down Payment = $4,005.98
  2. 8 Monthly payments @ $949.97 = $7,599.76
  3. Attorney Fees = $2,000.00
- **$53,869.81 = payoff to BMW Financial Services**

The settlement offer has been revised to show only 8 payments have been made on the account. Upon receiving the signed settlement agreement with your client's signature I will forward to BMW Regional Management and Desert BMW in Henderson who will administer repayment check for your client.

I will instruct them to make the check out in both your name and your client's.

Thank you.

Sincerely,


Eugene Stewart
National Customer Relations
Representative
(201) 573-2189

ES/e

**Company**
BMW of North America, LLC

BMW Group Company

**Mailing address**
PO Box 1227
Westwood, NJ
07675-1227

**Office address**
300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7731

**Telephone**
(201) 573-2189

**Fax**
(201) 505-9085

**E-mail**
Gene.Stewart@bmwna.com

**Website**
bmwusa.com

Printed on Recycled Paper    Trout,_Christopher5[2]

BMW0027